1
2
3
4
5
6
7
8

JS-6

9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

12  GREG WILSON, individually and on
behalf of all others similarly situated,

13          Plaintiff,

14      v.

15  WB STUDIO ENTERPRISES INC., a
Delaware Corporation, and DOE 1
16  through and including DOE 10,

17          Defendants.

18

Case No: 2:21-cv-09632-SSS-KKx
Judge: Sunshine Suzanne Sykes

**ORDER GRANTING STIPULATION
TO DISMISS CASE**

19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having considered the Stipulation to Dismiss, entered into by Plaintiff Greg Wilson ("Plaintiff") and Defendant WB Studio Enterprises, Inc. ("Defendant"), through their respective counsel of record, and the Court having approved the Stipulation for good cause shown,

IT IS HEREBY ORDERED THAT:

This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 12, 2023          By:  _____

Hon. Sunshine Suzanne Sykes
United States District Court Judge

2